**E-FILED on** 8/6/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORANGE COUNTY ELECTRICAL INDUSTRY HEALTH AND WELFARE TRUST FUND; LOCAL UNION NO. 441 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; and DOUGLASS CHAPPELL, as Trustee of the above TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>KOESTER ELECTRIC, INC., a California Corporation,<br><br>Defendant. | No. C-09-3835 RMW<br><br><br><br>JUDGMENT |

Pursuant to the court's August 6, 2010 order granting plaintiff's motion for default judgment, it is hereby ordered adjudged and decreed that judgment shall be entered in favor of plaintiffs Orange County Electrical Industry Health and Welfare Trust Fund, Local Union No. 441 of The International Brotherhood of Electrical Workers, and Douglas Chappell as Trustee of the above Trust Fund, and against defendant Koester Electric, Inc. in the amount of $109,967.47, plus prejudgment interest of $2,794.40 ($24.95 per day from April 16, 2010 until judgment) and $4,413.97 in attorney's fees and costs.

DATED:      8/6/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-09-3835 RMW
TER